IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JACKIE C. LOPER, | : | |
| Plaintiff, | : | |
| vs. | : | CA 10-0433-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : | |
| Defendant. | : | |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $695.50 under the Equal Access to Justice Act.

**DONE** this the 2nd day of May, 2011.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**